CONSTANCE D. LENGE *v.* ALEXANDER A. GOLDFARB
ET AL.

The plaintiff's motion to strike from the brief of the defendant Florence DiPietro the appendix thereto in the appeal from the Superior Court in Hartford County is denied.

*Wesley W. Horton,* in support of the motion.

Submitted March 25—decided April 1, 1975

MICHAEL A. CECCARELLI ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF TRUMBULL ET AL.

The petition by the defendants Robert and Helen Cellar for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*John J. Darcy,* in support of the petition.

*Michael L. Riccio,* in opposition.

Submitted March 26—decided April 8, 1975

MITCHELL B. STOCK *v.* JOHN W. COBB ET AL.

The motion by the defendants William and Constance Whitehead to stay proceedings in the Superior Court pending the outcome of their appeal from that court in Fairfield County at Stamford is denied.

*Allan M. Cane,* in support of the motion.

Submitted March 27—decided April 8, 1975

FREDERIC M. RICHARDS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WILTON
ET AL.

The defendants' motion for an expedited appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Robert A. Fuller,* in support of the motion.